FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6
Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEROME BROWN, | Case No. CV 10-07242 JSL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MR. PHILLIPS, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Order Dismissing Habeas Petition As Time-Barred.

Dated: October 27, 2010

_Spencer Letts_
J. SPENCER LETTS
SENIOR JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY